IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.<br><br>Defendant. | Civil Action No. 1:20-cv-3708-JPC |

### ~~[PROPOSED]~~ ORDER

The stipulation is approved. The entire action, including all claims, counterclaims, and defenses asserted herein by any party, is hereby dismissed. Personalized Media Communications, LLC's claims are dismissed with prejudice. Netflix, Inc.'s claims for costs, fees, or expenses incurred with respect to this action are dismissed with prejudice, and all other claims, counterclaims, and defenses of Netflix, Inc. are dismissed without prejudice. SO ORDERED.

Dated: January 23, 2024

_____
JOHN P. CRONAN, U.S.D.J.

4